UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-04830 GW (KSx) | Date | September 18, 2018 |
|---|---|---|---|
| Title | *Hermelinda Luna, et al. v. Johnson & Johnson, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   ORDER DENYING MOTION TO DISMISS AND VACATING HEARING

    This case presents one of the occasional opportunities, in the wake of the Supreme Court's decisions in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), to investigate the line between what is an insufficient conclusory allegation and a sufficient factual one, for purposes of deciding a Rule 12(b)(6) motion.  The Court has reviewed the parties' briefs and the plaintiffs' allegations, and has determined that those allegations fall into the latter camp for purposes of stating the relevant claims, even if not pled at an evidence-level of detail.  *See, e.g.*, Complaint, Docket No. 1-1, ¶¶ 16, 54, 93-94, 105.  The Court believes that defendants are simply demanding more from the plaintiffs at this stage than is required.

    In addition, the defendants have not cited the Court to any case where, in the absence of an admission from the plaintiff (or his or her counsel) or an obvious timing-based failure, a court has rejected – at the pleadings stage – a Proposition 65 plaintiff's claim because of an invalid 60-day notice or certificate of merit.  *See Physicians Comm. for Responsible Medicine v. KFC Corp.*, 224 Cal.App.4th 166, 180-82 (2014) (affirming orders sustaining demurrers where, in one case, plaintiff's counsel – "repeatedly under close questioning by the trial court" – admitted during hearing on demurrer that plaintiff lacked information regarding whether and how restaurants posted warnings and, in another, admitted not checking that warning methods used were compliant and did not know what warnings were posted); *In re Vaccine Cases*, 134 Cal.App.4th 438, 454 (2005) (affirming dismissal where plaintiffs served 60-day notices without certificates of merit because the amended statute requiring a certificate of merit was not yet in force at that time).  There is no such admission or timing-based failure here.

    Under a Rule 12(b)(6) standard, therefore, the Court denies the motion to dismiss and vacates the upcoming September 24, 2018, hearing date.  *See* C.D. Cal. L.R. 7-15 ("The Court may dispense with oral argument on any motion except where an oral hearing is required by statute, the F.R.Civ.P. or these

:

| | Initials of Preparer | JG |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-04830 GW (KSx) | Date | September 18, 2018 |
|---|---|---|---|
| Title | *Hermelinda Luna, et al. v. Johnson & Johnson, et al.* | | |

Local Rules.").

:

Initials of Preparer   JG