UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-4830-GW(KSx) | Date | August 26, 2019 |
|---|---|---|---|
| Title | *Hermelinda Luna, et al. v. Johnson and Johnson, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie E. Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael A. Akselrud | Elyse D. Echtman |

**PROCEEDINGS:**   **PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2) [96]**

Court and counsel confer. Settlement is not reached. A hearing on motion for attorneys' fees is set for October 7, 2019 at 8:30 a.m. Counsel may stipulate to the briefing schedule, except the reply, which is due by September 24, 2019.

                                                                                    :   09

Initials of Preparer   JG