UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HERMELINDA LUNA, ALEXANDRIA HANKS ON BEHALF OF THE ESTATE OF TANIA D. HANKS, ETHEL HERRERA, JEANETTE JONES, BECKY CANZONERI, MARGARET REED and BRENDA VERSIC<br>            Plaintiffs,<br>v.<br>JOHNSON & JOHNSON, JOHNSON & JOHNSON CONSUMER INC., AND DOES 1-25, inclusive,<br>            Defendants. | Case No. CV 18-4830-GW-KSx<br>**ORDER OF DISMISSAL OF ACTION WITHOUT PREJUDICE**<br>Judge: Hon. George H. Wu<br>Dept.: 9D |

The Court, having considered Plaintiffs HERMELINDA LUNA, ALEXANDRIA HANKS ON BEHALF OF THE ESTATE OF TANIA D. HANKS, ETHEL HERRERA, JEANETTE JONES, BECKY CANZONERI, MARGARET REED and BRENDA VERSIC's Stipulation of Dismissal Without Prejudice, and all papers, pleadings, and evidence submitted, is of the opinion that Plaintiffs have satisfied the conditions of this Court's Order [Dkt. 145] and dismissal shall be in all things granted as follows:

IT IS HEREBY ODERED that Plaintiffs claims in this matter are hereby dismissed without prejudice.

DATED: December 18, 2019

By: *George H. Wu*
Hon. George H. Wu
United States District Judge